AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| United States of America  v.  MICHAEL KEVIN COLEMAN | Case No: 5:11CR50085-001  USM No: 23435-045 |
| Date of Original Judgment: 05/17/2012  Date of Previous Amended Judgment:  *(Use Date of Last Amended Judgment if Any)* | Bruce D. Eddy  *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   05/17/2012   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   08/26/2015                         /s/ P. K. Holmes, III
                                                 *Judge's signature*

Effective Date:   11/01/2015                     Honorable P. K. Holmes, III, Chief United States District Judge
*(if different from order date)*                 *Printed name and title*